

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Tiffany Leanne Dewey, Appellant

No. 06-24-00190-CR     v.

The State of Texas, Appellee

Appeal from the 235th District Court of Cooke County, Texas (Tr. Ct. No. CR20-00187). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the order to pay $180.00 in restitution. As modified, we affirm the judgment of the trial court.

We note that the appellant, Tiffany Leanne Dewey, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 14, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk